**Order entered March 12, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01506-CR

**ROYNECO HARRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F16-76148-Y**

## ORDER

Before the Court is court reporter Vearneas Faggett's March 6, 2019 request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due on March 15, 2019.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE